1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

9

NORTHERN DISTRICT OF CALIFORNIA

10

SAN JOSE DIVISION

11

MIGUEL A. PATINO BRACAMONTES,        )        Case No.: C 10-3888 PVT
                                     )
12              Plaintiff,           )        **ORDER Continuing Briefing and**
                                     )        **Hearing Schedule; and Setting New**
13        v.                         )        **Deadline for Parties to File Either a**
                                     )        **"Consent to Proceed Before a**
14                                   )        **United States Magistrate Judge," or**
   CHASE HOME FINANCE LLC, et al.,   )        **Else a "Declination to Proceed**
15                                   )        **Before a United States Magistrate**
                Defendants.          )        **Judge and Request for**
16   _____ )        **Reassignment"**

17

18        On September 7, 2010, Defendants Chase Home Finance, LLC, Deutsche Bank National

19   Trust, and JPMorgan Chase Bank, N.A. filed a motion to dismiss.[1]  Pursuant to Civil Local Rule 73-

20   1(a)(2),[2] no later than one week after that motion was filed each party was required to file either a

21   written consent to the jurisdiction of the Magistrate Judge, or request reassignment to a District

     Judge.[3]  None of the parties have yet done so.  Therefore, based on the file herein,
22

23        IT IS HEREBY ORDERED that the hearing on the motion to dismiss is CONTINUED to

24   _____

25        [1]      The holding of this court is limited to the facts and the particular circumstances
     underlying the present motion.

26        [2]      A copy of the court's Civil Local Rules are available from the clerk of the court, or from
27   the "Rules" section of the court's website (www.cand.uscourts.gov).

28        [3]      Magistrate Judges have authority to hear dispositive motions, such as the motion to
     dismiss, only in cases where all parties have consented to Magistrate Judge jurisdiction.  *See* 28 U.S.C.
     § 636(c)(1).

1  December 7, 2010 at 10:00 a.m. in Courtroom 5 of this court.  The deadline for Plaintiff to file an

2  opposition brief is extended to November 12, 2010.[4]  Plaintiff can find information about responding

3  to the motion in the court's Handbook for Litigants Without a Lawyer, which is available from the

4  clerk of the court, or by clicking on the "Pro Se Handbook" link in the list on the right-hand side of

5  the court's website.

6        IT IS FURTHER ORDERED that  Defendants may file a reply brief no later than November

7  23, 2010.

8        IT IS FURTHER ORDERED that the deadline for the parties to file either a "Consent to

9  Proceed Before a United States Magistrate Judge," or else a "Declination to Proceed Before a United

10  States Magistrate Judge and Request for Reassignment," is extended to November 9, 2010.  Both

11  forms are available from the clerk of the court, or from the "Forms" section of the court's website

12  (www.cand.uscourts.gov).

13  Dated:   *10/18/10*

14

15  PATRICIA V. TRUMBULL
    United States Magistrate Judge

---

[4]    Plaintiff has not yet filed any written opposition to the motion. *See* Civ.L.R. 7-3(a) ("Any opposition to a motion must be served and filed not less than 21 days before the hearing date."). Because Plaintiff is representing himself *pro se*, the court finds it appropriate to extend the deadline for filing the opposition. *See, Draper v. Coombs*, 792 F.2d 915, 924 (9th Cir. 1986) (Under Ninth Circuit case law, *pro se* litigants are treated with "great leniency" when evaluating compliance with "the technical rules of civil procedure").

1

2  ***Counsel automatically notified of this filing via the court's Electronic Case Filing system.***

3

4  copies mailed on      *10/18/10*      to:

5  Miguel A. Patino Bracamontes
   14780 Butano Terrace
6  Saratoga, CA 95070

7
                                        */s/  Donna Kirchner       for*
8                                        OSCAR RIVERA
                                         Courtroom Deputy
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28