UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MIGUEL A. PATINO BRACAMONTES,<br><br>           Plaintiff,<br>   v.<br><br>CHASE HOME FINANCE LLC, AS A LIMITED LIABILITY CORPORATION; FIRST AMERICAN TITLE COMPANY, AS A CALIFORNIA CORPORATION, DEUTSCHE BANK, AS A NATIONAL CORPORATION; LONG BEACH MORTGAGE COMPANY, AS A CALIFORNIA CORPORATION; WASHINGTON MUTUAL BANK, AS A CALIFORNIA CORPORATION; JP MORGAN CHASE & CO., AS A NATIONAL CORPORATION; COAST LENDING GROUP, AS A CLAIFORNIA CORPORATION; TRINA COFFMAN-GOMEZ AS AN INDIVIDUAL; INTEGRITY LENDING, AS A CALIFORNIA CORPORATION; STERLING PACIFIC FINANCIAL INC., AS A CALIFORNIA CORPORATION; WT CAPITAL LENDER SERVICES, AS A CALIFORNIA CORPORATION; AND DOES 1-10 TO BE DETERMINED,<br><br>           Defendant. | Case No.: 10-CV-03888-LHK<br><br>ORDER SETTING BRIEFING SCHEDULE ON MOTIONS TO DISMISS |

      This action was originally filed in the Superior Court for the County of Santa Cruz on July 16, 2010. On August 30, 2010, Defendants Chase Home Finance LLC, Deutsche Bank National Trust Company, JPMorgan Chase & Co., and JPMorgan Chase Bank, N.A. (collectively, "Bank

1

Case No.: 10-CV-04057-LHK
ORDER SETTING BRIEFING SCHEDULE

1  Defendants") removed the action to this Court.  Defendant First American Title Company then
2  filed a Motion to Dismiss the complaint for failure to state a claim on November 5, 2010.  *See* Dkt.
3  No. 15.  Bank Defendants filed a separate Motion to Dismiss the complaint, also for failure to state
4  a claim, on November 11, 2010.  These Motions are set for hearing on February 3, 2011.

The Plaintiff shall file oppositions, or statements of non-opposition to the Motions to Dismiss, as required by Civil Local Rule 7-3(b), by **December 13, 2010**.

The Defendants shall file replies, if any, by **December 20, 2010**.

**IT IS SO ORDERED.**

Dated: November 18, 2010

_____
LUCY H. KOH
United States District Judge