UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| MIGUEL A. PATINO BRACAMONTES, | ) | Case No.: 10-CV-03888-LHK |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | ORDER REMANDING CASE |
| CHASE HOME FINANCE LLC, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

On January 31, 2011, the Court issued an Order dismissing Plaintiff's federal claims and granting leave to amend certain of those claims. *See* Dkt. No. 29. The Order also dismissed Defendants JPMorgan Chase & Co. and JP Morgan with prejudice. The deadline for filing amended claims was 30 days from the date of the order, or March 2, 2011. As of today, March 17, 2011, the Plaintiff has not filed an amended complaint. Therefore, the remaining state law claims are hereby REMANDED to the Superior Court for Santa Cruz County. The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: March 17, 2011

_____
LUCY H. KOH
United States District Judge

1

Case No.: 10-CV-03888-LHK
ORDER REMANDING CASE